1
2
3
4
5
6
7
8
9          **IN THE UNITED STATES DISTRICT COURT**
10         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
11
12
13    KENNETH SHERWOOD HUTT,                    Case No. ED CV 15-21 -ODW (MRW)
14                    Petitioner,
15          v.                                   ORDER ACCEPTING FINDINGS
                                                 AND RECOMMENDATIONS OF
16    J. LIZARRIGA, Warden,                      UNITED STATES MAGISTRATE
                                                 JUDGE
17                    Respondent.
18
19
20          Pursuant to 28 U.S.C. § 636, the Court reviewed the petition, the records on
21    file, and the Report and Recommendation of the United States Magistrate Judge.
22    Petitioner did not file any written objections to the report.  The Court accepts the
23    findings and recommendation of the Magistrate Judge.
24
25
26
27
28

1    IT IS ORDERED that Judgment be entered denying the petition and

2  dismissing this action with prejudice.

3

4

5  DATE: October 22, 2015    _____

6                           HON. OTIS D. WRIGHT II
                            UNITED STATES DISTRICT JUDGE
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28