1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

KENNETH SHERWOOD HUTT,

          Petitioner,

      v.

J. LIZARRIGA, Warden,

          Respondent.

Case No. ED CV 15-21- ODW (MRW)

JUDGMENT

     Pursuant to the Order Accepting Findings and Recommendations of the United States Magistrate Judge,

     IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: October 22, 2015

_____
HON. OTIS D. WRIGHT II
UNITED STATES DISTRICT JUDGE